# EXHIBIT 1

## TRANSCRIPTION AND TRANSLATION

**Date: 11.12.25     New Recording 31     Duration: 00:18:19**

**Key :**

[UI] : unintelligible

[ph]: phonetic spelling

[overlap]: parties speaking at the same time

*Italics*: spoken in English

======================================================================

**NOTE:** During the entire conversation both men are constantly talking over each other.

| | | |
|---|---|---|
| **TReal:** | … respeto, me entiendes. Pues yo te hablo así a otra persona. | … you understand me. So I talk to you like this to another person. |
| **CD-1:** | No, porque recuérdate papi que yo no, yo no me estaba… yo no me estoy buscando nada. Yo no di autorización tampoco, de que le dieran a él. ¿Tu me entiendes? | No, because remember dude that I was not, I was not… I'm not looking for anything. I didn't give any authorization either, to give it to him. You understand? |
| **TReal:** | Cuando nada manito, el que te… esa persona la, la recomendaste tu. Y por ti es que se están haciendo los negocios y todo. Tu me entiendes. | When nothing bro, the one that… that person you, you recommended him. And it's because of you that the deals are being made and all. You understand me? |
| **CD-1:** | Sí, no, yo entiendo. | No, yeah I understand. |
| **TReal:** | [UI] Tu no puedes salir ahora dizque que hay que esperar que ellos… que, que, ellos nada. Porque [UI] *ready.* | [UI] You can't come out now saying so you have to wait for them… that, that, they nothing. Because [UI] ready. |
| **CD-1:** | No mira. Yo, yo te, yo estoy esperando por él, viejo. Porque él es el que tiene eso. Y él es que tiene los cuartos, tu me entiendes. | No look. I, I I… you… I'm waiting for him, man. Because he is the one that has that. And he is the one that has the money, you understand me. |
| **TReal:** | [UI] Ajá, y ¿entonces? Esperando por él que tu vas a hacer, que yo me busque un problema, o que le pase algo a [UI] mío. Que le den un tiro o algo. | [UI] Uh-huh, and so? Waiting for him, what are you going to do, that I get into a problem, or something happens to a [UI] of mine. That they shoot him or something. |
| | [overlapping] | |
| **CD-1:** | No, no. Dile, dile que tu… | No, no. Tell him, tell him that you… |

1

**TReal:** [UI]Voy a mandar pa' la barbería tuya. Ya yo se donde está en la Washington [UI]

[UI] I'm going to send him to your barber shop. I already know where it is on Washington [UI]

**CD-1:** No mijo, pero que no me ando escondiendo la [UI] dile a él que tu sabes que es lo que es. Y yo me voy a ir, y yo me voy a ir del loco, por cinco mil pesitos viejo.

No dude, but I'm not running around hiding the [UI] tell him that you know what it is. And I'm going leave, and I'm going leave because of five thousand little pesos man?

**TReal:** No, pero que no es los cinco mil pesos, *bro*. Es la responsabilidad. Tu me entiendes [UI]

No, but it's no about the five thousand pesos, bro. It's the responsibility. You understand me [UI]

[overlapping]

**CD-1:** Yo se que sí. Pero arrecuerda Treal…

I know it is. But remember Treal…

**TReal:** Los, los cuartos no valen nada *brother*. La palabra del hombre es que vale.

The money, the money isn't worth anything brother. What's has worth is the man's word.

[overlapping]

**CD-1:** Yo se que… exacto. Pero yo se que no. Pero recuerdate TReal, recuerdate, que con ese tigre, verdad, yo no mandé que se la dieran. Fue los tigres esos que se las dieron….

I know… exactly. But I know it's not. But remember Treal, remember, that with that wise guy, honestly, I didn't order them to give them to him. It was those wise guys that gave them to him.

**TReal:** Es que… es que… es que…

It's that… it's that… it's that…

**CD-1:** No se si tu me entiendes.

I don't know if you understand me.

**TReal:** Es que no. Es que no te puedo entender porque es que…

No. I can't understand you because…

**CD-1:** No, TReal, que está bruto.

No, Treal, it's dumb.

**TReal:** … [UI] ellos fueron...ellos hubieran podido pedir una bomba y una bomba se la iban a llevar, porque es que tu diste la confianza de que se confié en ellos… a ti… [UI]

… [UI] they were… they could have ordered a bomb and they were going to get a bomb, because you gave trust, to trust them… you… [UI]

[overlapping]

**CD-1:** Por ahí por… ya, pero porque ellos no esperan los cuartos. Si ellos lo tenían. Porque ellos no esperan los cuartos.

Around there… yeah, but why didn't they wait for the money. They had it. Why didn't they wait for the money.

2

**TReal:** Pero que eso quisiera saber yo CD-1. Porque es que…

[overlapping]

But that's what I'd like to know CD-1. Because …

**CD-1:** Eso, eso también… eso… es lo que te digo… entonces como… entonces…

[overlapping]

That, that also… that… what I'm saying… so how… so…

**TReal:** Pero que… ¡coño! Pa' mi ahí hay algo tan raro ahí. Oye…

[overlapping]

But what...fuck! For me, there is something so strange there. Listen…

**CD-1:** ¡Claro!

Of course!

**TReal:** Pa' mi hay eso tan raro que los chamaquitos ni conmigo quieren hablar.

For me that is so strange that the kids don't even want to talk to me.

**CD-1:** Mira, y…

Look, and..

**TReal:** Eso chamaquitos era panitas míos. *Full manito*. Y ni, ni conmigo se quieren comunicar.

Those kids were my little buddies. Full on bro. And they don't even want to communicate with me.

**CD-1:** Ya con eso… ya..

With that already… already…

**TReal:** Que yo quiero saber porqué. Entonce si ya...

[overlapping]

I want to know why. So if …

**CD-1:** Ya [UI] hasta...hasta…

[overlapping]

Yeah [UI] even… even…

**TReal:** [UI]

[overlapping]

[UI]

**CD-1:** … hasta… hasta yo. Tu me…

… even… even me.

**TReal:** Esa gente manda la 'tola. ¿Verdad? Esa gente manda la 'tola. Y ya ellos tienen la 'tola.

Those people send the 'stol. Right? Those people send the 'stol. And now they have the 'stol.

3

**CD-1:** Ya.                                      Yeah.

**TReal:** El tipo de la 'tola no quiere 'tola, manito.     The 'stol guy doesn't want the stol bro. He
Quiere su dinero que se le di…        wants his money that they…
                              [overlapping]

**CD-1:** No. Tu me dijiste.                      Yeah….No. You told me.

                              [overlapping]

**TReal:** … que se le dijo, que se le iba dar su dinero.     … he was told, that that he was going to be
                                   given his money.

**CD-1:** Tu me  dijiste.                         You told me.

**TReal:** Que se le dijo que se le iba a dar su dinero,     He was told he was going to be given his
los muchachos cuando vayan a llevar eso y     money when the kids go and take it there
vengan pa' atrás, se le iba dar su dinero. Ya se     and come back, they were going to give him
va pa' una semana de eso.                his money. And it almost been a week since
                                   that happened.

**CD-1:** Pero lo que te estoy… es lo que te estoy     But what I am… that's what I'm telling you.
diciendo.
                              [overlapping]

**TReal:** [UI] me entiendes.                     [UI] You understand me.

**CD-1:** Pero porqué…. La pregunta mía: porque ellos     But why… This is my question: why did
se la dejaron a él. Sin los cuartos.         they leave it with him. Without the money.
                              [overlapping]

**TReal:** Es que… es que yo no… a mi,  tu me vas a     It's that… I don't… to me, you're asking me
preguntar eso…. Quisiera yo saber.         that… I would like to know.
                              [overlapping]

**CD-1:** Yo no estaba ahí. No, pero tranquilo yo…     I wasn't there. No, but don't worry I…

**TReal:** Pero que, digo yo *bro*, digo yo. Tu no estabas     But what, just saying bro, just saying. You
ahí ¿verdad?                     weren't there, right?

**CD-1:** Yo no estoy ahí no.

No, I wasn't there, no.

**TReal:** Pero entonces no… [UI]

But then no… [UI]

[overlapping]

**CD-1:** Ni dile a [UI] tampoco la dieran. Entonces tu me estas a mi ofendiendo diciéndome que yo estoy liquidando…

Don't tell [UI] not to give it either. So you are offending me saying that I'm knocking off…

[overlapping]

**TReal:** Pero entonces… No, no, [UI] liquidar. Es que no. Tu no me estas entendiendo.

But so… No, no, [UI] knock off. Just no. You aren't understanding me.

[overlapping]

**CD-1:** No, dejame… dejame decirle, dejame decirle yo… dejame decirle…

No, let me… let me tell you, let me tell you I… let me tell you….

[overlapping]

**TReal:** Porque es que yo, usted no me esta entiendo, porque es que yo… mira es un ejemplo…

Because I, you aren't understanding me, because I… look it's an example…

**CD-1:** Hm-hm.

Hm-hm.

**TReal:** … después que pasó eso. Segunda vez que yo hablo contigo.

… after that happened. It's the second time that I talk to you.

**CD-1:** Yeah. Pero...pero… tu…

Yeah. But… but… you…

**TReal:** Pero con esto. Porque es que ni a mi en… a mi ni me interesa *bro*, estar metido en esto. Es que yo no me voy a ganar ahí. Tu me entiendes.

But with this. Because not even I'm… I'm not even interested bro, to be mixed up in this. I'm not going to profit there. You understand me.

**CD-1:** No… Sí, yo te entie… yo en…

Yes, I underst… I un…

**TReal:** El que está… el que está atrás de mi es el tipo de su pistola *bro*, que quiere, quiere sus cuartos. Tu me entiendes. Hace una semana de eso, ya yo no se que decirle. Yo [UI] que lo manda pa' allá y ya.

The one that is… the one that is after me is the guy from your pistol bro, that wants, wants his money. You understand. It's been a week since then, I don't know what to tell him anymore. I [UI] send him over there and done.

5

**CD-1:** Yeah… ya… pero...Dile… Tu lo no… dale un nu…dale...

Yeah… yeah… but… Tell him… You don't… give him a nu… give him…

[overlapping]

**TReal:** Ya mira, él, él tiene el que mandó hacer esos negocios, ese es la factoría de él [UI]

So look, he, he has the one that ordered those deals, that's his factory [UI]

[overlapping]

**CD-1:** Dame el número de él, ven. Dame el número de él que yo voy a hablar con él. Dame el número de él. Porque yo estoy espe… porque…entiéndeme, entiéndeme a mi. Escuchame, si no tengo lógica.

Give me his number, come on. Give me his number and I'll talk to him. Give me his number. Because I am wait… because… you need to understand me, understand me. Listen, tell me I'm logical.

[overlapping]

**TReal:** Pero…

But…

**CD-1:** Cuando yo siempre hago un negocio TReal. Yo siempre con dinero en mano. Tu sabes que a ti nadie te va soltar una vaina dizque aquí de palabra. Tu tienes que soltarla y coger tus cuartos. ¿Ya me esta entendiendo? Es que tu me estas ofendiendo a mi, como si soy yo que la tengo. No soy yo que la tengo.

Always when I do a deal Treal. I always have money in hand. You know that nobody is going to hand you something supposedly only on your word. You have to hand it over and get your money. Are you understanding me? It's like you're offending me, like if I was the one that has it. I'm not the one that has it.

[overlapping]

**TReal:** Viejo, pero antes de que pase algo viejo, yo le puedo decir algo a usted. Yo le voy a decir algo.

Dude, but before something happens dude, I can tell you something. I'm going to tell you something.

[overlapping]

**CD-1:** Ajá.

Uh-huh.

**TReal:** Porque usted trata a uno como un muchacho. Como...

Because you're treating me like a kid. Like…

[overlapping]

**CD-1:** No, como un muchacho TReal. Como muchacho mijo, por disparate.

No, not like a kid TReal. Like a kid dude, because of crazy stuff.

**TReal:** … un [UI] en la calle. Yo le voy a decir algo a usted. Yo le voy a decir algo a usted, hombre. Cuando esa gente fueron hacer negocio con esa gente, yo estaba en linea con ellos, *bro*, antes de que ellos se desapareciera.

… a [UI] on the street. I'm going to tell you something. I'm going to tell you something man. When those people went to do a deal with those people, I was on the phone with them, bro, before they disappeared.

6

**CD-1:** Ya… Pero y eso es la pregunta. ¿Entonces donde diablos están ellos?

But, and that's the question. Where they hell are they?

[overlapping]

**TReal:** Y te digo, un día los malditos mexicanos del diablo esos.

And I'll tell you, one day those goddamn Mexican devils.

**CD-1:** Y a donde esta… y a donde esta…

And where is… and where is…

[overlapping]

**TReal:** Te digo que le dieron a los malditos mexicanos del diablo eso.

I'm telling you they gave it to those goddam Mexican devils.

**CD-1:** ¿Que fue que dijo?

What did he say?

**TReal:** Dizque,que, que esperara. Y que a que la mujer venga con los cuartos.

Suppposedly, to, to wait. And to wait for the woman to come with the money.

**CD-1:** [UI]

[UI]

**TReal:** Y los muchachos esperándose ahí veinte minutos. Despúes de los veinte minutos, se desaparecieron. Que sabes tu sí la mujer con los cuartos era el policía que va llegar, que se lo pregunte.

And the kids waiting there for twenty minutes. After the twenty minutes, they disappeared. How would you know if the woman with the money was the police that was going to show up, ask him.

**CD-1:** Pero y… pero TReal. Pero…

But and… but Treal. But…

**TReal:** Porque los muchachos ni, ni han aparecido.

Because the kids haven't, haven't even shown up.

**CD-1:** No han… no es que ellos… ¿no han aparecido todavía? Pero la pregunta mía esto…

They haven't… no, it's that they… they haven't showed up yet? But my question is, this…

**TReal:** ¡No han aparecido *bro*, los muchachos!

They haven't shown up bro, the kids!

**CD-1:** Ya y entonces porque no, no lo suben a las redes que agarraron a fulano y fulana. Eso es lo que yo le digo.

I see, and so why haven't, haven't they put it on the internet that they caught joe shmo and jill shmo. That's what I'm telling you.

**TReal:** No, no apareció… no se de eso 'manito.

No, no it hasn't appeared… I don't know about that bro.

**CD-1:** No, pero… mira…

No, but…. Look…

[overlapping]

**TReal:** Ahora mismo el problema que está… óyeme, lo que yo quiero resolver ahora mismo es lo de la…lo de la pistola que están encima de mi, más nada.

Right now the problem is… listen to me, what I want to resolve right now is the… the thing about the pistol that is hanging over me, that's it.

**CD-1:** Ya… tranquilo… oye lo que te voy a decir.

I see… don't worry… listen to what I am going to tell you.

**TReal:** El Pitbull, oye, Pitbull, Pitbull, él me dice que habla contigo. Fulano habla contigo.

Pitbull, listen, Pitbull, Pitbull, he tells me that he talks to you. Joe Shmo talks to you.

**CD-1:** También.

Also.

**TReal:** Dizque, que, dizque que, que...

Supposedly, that, supposedly that, that…

[overlapping]

**CD-1:** No. Anderson nada más es el único que me tira. Anderson. Yo le estoy diciendo…. Yo le mandé el número del mexicano a Anderson. Mira, habla con él. Porque él es que la tiene. No soy yo, TReal. Eso es lo que quiero que tu me entiendas.

No. Anderson is the only one that calls me. Anderson. I'm telling you… I sent Anderson the Mexican's number. Look, talk to him Because he's the one that has it. It's not me TReal. That's what I want you to understand.

**TReal:** Sí, *bro*. Pero tu tienes que entender que no se puede hablar con un mexicano ni con nadie. Tu [UI]

Yes bro. But you have to understand that you can't talk to a Mexican or to nobody. You [UI]

[overlapping]

8

**CD-1:** ¡Pero es que él es que la tiene! ¡Pero es que él es el que la tiene!

But he's the one that has it! But he's the one that has it!

**TReal:** Está bien. Porque se esta hablando con esa gente.

All right. Because he's talking to those people.

**CD-1:** Por mi. Pero…

Because of me. But…

**TReal:** Pues entonces quien es el que se tiene que hacer responsable. Vamos a poner…

Well, then who is the one that has to take the responsibility. Let's say…

[overlapping]

**CD-1:** Pero, pero… ¿y porque tu nada más me dieron a mi? Porque tu tienes que dármela a mi. Yo hago el negocio más fácil.

But, but… and why did they only give you me? Because you have to give it to me. I can make the deal easier.

[overlapping]

**TReal:** [UI] Te voy a decir algo ahora, yo te voy a decir algo ahora. Vamos a poner…

[UI] I'm going to tell you something now, I'm going to tell you something now. Let's say…

**CD-1:** Sí.

Yes.

**TReal:** Se conocieron los mexicanos por ti.

They met the Mexicans through you.

**CD-1:** Ajá.

Uh-huh.

**TReal:** Vamos a poner, ¿por quien mandan la pistola por mi, por Anderson?

Let's say, by who did they send the pistol through me, through Anderson?

**CD-1:** Sí. El…

Yes. The…

**TReal:** Preguntale a Anderson, anda el chamaquito con él. Llama a Anderson ahora mismo y preguntale. Que, que… donde está… donde él está ahora. Anderson está ahí con el chamaquito de la pistola, *bro*. Llamando me a mi que… saliendose del lío. Que él no tiene que ver nada.

Ask Anderson, the kid is with him. Call Anderson right now and ask him. That, that… where is… where is he now. Anderson is there with the pistol kid bro. Calling me that… he's getting out of the mess. He has nothing to do with anything.

9

**CD-1:** Ya, ya. Okey.

I see, I see. Okay.

**TReal:** Me entiende. Entonces *bro*, no soy muchacho pa' andar [UI]

You understand me. So, bro, I'm not a kid to go running around [UI]

[overlapping]

**CD-1:** ¡No! Es que… es que eso es disparate loco. Pero eso es lo que yo quiero que tu entiendes. Eso es un disparate no estamos hablando ni de veinte mil dólares.

No! It's that… it's that it is crazy talk dude. But that's what I want you to understand. It's craziness, we aren't even talking about twenty thousand dollars.

**TReal:** Es un disparate mi amor, pero que por disparate con esa… mira, es un disparate pero que por disparate es que se ve la tragedia *bro*.

It's craziness love, but because of craziness with that… look, it's craziness, but it's because of craziness that the tragedy can be seen bro.

[overlapping]

**CD-1:** ¡Exacto! Yo te entiendo.

Exactly! I understand you.

**TReal:** Porque ese chamaquito [UI] lo de él, *bro*. Ese chamaquito lo que quiere es lo de él. Quiere sus seis mil pesos, cinco mil quinientos...

Because that kid [UI] his stuff bro. What that kid wants is what's his. He wants his six thousand pesos, five thousand five hundred…

**CD-1:** Ya, pero, pero vuelvo y te digo...

Yeah, but, but, I'll tell you again…

[overlapping]

**TReal:** Entonces [UI] eso [UI] por ahí cuento y cuento, entonces And…

So [UI] that [UI]  just lies and lies, so And…

[overlapping]

**CD-1:** Se va resol… ajá… No. Se va re… resolver… pero escuchame.

It's going to be resol… uh-huh. No. It's going to be re… resolved… but listen to me.

[overlapping]

**TReal:** … yo quiero que [UI] a Anderson. Oye lo que tu le dijiste a Anderson. Tirale al mexicano.

… I want [UI] to Anderson. Listen to what you said to Anderson. Call the Mexican.

**CD-1:** Pero, [UI], porque Anderson me está volviendo loco porque es que fue a él que se la entregaron.

But [UI] because Anderson is driving me crazy because it was him they gave it to.

10

**TReal:** [UI] uno se va volver loco, *bro*, si el chamaquito está atrás de él, y el chamaquito está atrás de mi. Y yo porque no le di mente a la vaina. Ya yo te llame *bro* porque yo no encuentro que hacer, *brother*. Y no tengo los cuartos pa' dárselos al chamaquito.

[UI] we're gonna go crazy bro, if the kid is after him and the kid is after me. And me, because I didn't think about it. Now I called you bro, because I don't know what to do anymore brother. And I don't have the money to give it to the kid.

[overlapping]

**CD-1:** ¡Está bien!…. Pero… no… si yo… si yo lo tuviera, si yo lo tuviera ahora mismo, creame que yo se lo había dado de mi cuartos. Porque ni siquiera el mexicano me había paga...

All right!… But… no… if I… If I had it, if I had it right now, believe me I would have given it to him out of my own money. Because not even the Mexican had paid me...

[overlapping]

**TReal:** Tu me entiendes...[UI] chamaquito el que corre… resolverle algo pa' rápido...[UI]

You understand me… [UI] kid, the one that runs… resolve something for him fast… [UI]

[overlapping]

**CD-1:** Dejame decirle… dejame decirle… dejame decirle… ni siquiera… ni siquiera a mi…

Let me tell you… let me tell you… let me tell you… not even… not even to me…

**TReal:** [UI] Él cree, óyeme lo que él cree. Él cree la pistola se la liquidó. Y esta muy [UI]

[UI] He thinks, listen to what he thinks. He thinks that the pistol was knocked off. And he's very [UI]

[overlapping]

**CD-1:** Sí, que eso exactamente. Eso se entiende, pero, vuelvo y te digo, si yo lo tuviera te lo había dado. Mira, ni siquiera el mexicano a mi ha dado cuarto de la vaina. Ni siquiera me da el material ni nada. Entonces, yo quiero que tu entiendas que si hubiera sido conmigo, hace tiempo yo te había resuelto. Porque yo no me quedo con lo de nadie. A mi no me gusta esa vaina.

Yes, exactly that. That's understandable, but, I'll tell you again, if I had it, I would have given it to you. Look, not even the Mexican has given me money for the thing. Hasn't even given me the material or anything. So, I want you to understand that if it had been with me, I would have resolved a long time ago. Because I don't keep anyone's stuff. I don't like that.

**TReal:** 'Manito, tu tienes que entender, óyeme a mi. Tu tienes que entender que es contigo… es contigo el negocio porque por ti fue que se conocen esa gente, vamos a poner…

Bro, you have to understand me, listen to me. You have to understand that it is with you… the deal was with you because it was through you that those people met each other, let's say…

11

**CD-1:** Sí pero que yo nunca en ningún momento… pero fue hacer un trabajo. No a dejarle una pistola loco.

Yes but at no time did I… but it was to go do a job. Not give him a pistol dude.

**TReal:** 'Manito, fue a hacer un trabajo pero, pero fue hacer un trabajo. Pero si… óyeme a mi, si ellos pedían tres pistolas para comprarlas…

Bro, you went to do a job but, but went to do a job. But if… listen to me, if they asked for three pistols to buy them…

[overlapping]

**CD-1:** Pero que…. Hm-hm….Sí.

Yes.

**TReal:** Y cuando llegan ahí, 'manito. Yo oyéndolo en el teléfono antes de los chamaquitos desaparecerse...

And when they get there bro. I'm listening on the phone before the kids disappeared.

**CD-1:** Sí.

Yes.

**TReal:** El mexicano le dijo a él. Le quitó las tres pistolas 'manito. Yo estaba en el teléfono, *bro*. Que nadie me contó. Yo estaba ahí en el teléfono. Cuando el mexicano le quito las tres pistolas, él las entro pa' el carro. Y él me lo dijo, me dijo: *bro*, ellos me quitan las pistolas, las entran pa' el carro. Pero dizque que hay que esperar la mujer que venga con los cuartos. Y él diciéndole, dame la pistola *bro*, que me tengo que ir a buscar los otros tigres. Y el mexicano le dijo: vaya a buscar los otros tigres. Y venga que yo lo voy a esperar con las pistolas. Entonces después de ahí ellos se desaparecieron *bro*. [UI]

The Mexican told him. He took the three pistols away from him bro. I was on the phone bro. Nobody told me. I was there on the phone. When the Mexican took the three pistols from him, he put them it the car. And he told me, he told me: bro, they took the pistols from me, they put them in the car. But supposedly we have to wait for the woman to come with the money. And he's saying to him, give me the pistol bro, because I have to go pick up the other wise guys. And the Mexican said: go pick up the other wise guys. And come back because I'll wait for you with the pistols. So, from there they disappeared bro [UI]

[overlapping]

**CD-1:** ¿Y a donde diablos están esos tigres entonces?

So where the hell are those wise guys then?

**TReal:** Lo que… ¿Qué?

The thing that…. What?

**CD-1:** ¿Y a donde dice que están esos tigres?

And where are you saying those wise guys are?

**TReal:** Oh, pero eso quisiera saber yo CD-1.

Oh, but that's what I would like to know CD-1.

12

**CD-1:** Porque no lo han subido… mira, yo me quedé medio paniquiado porque te dije que estaba asustado. Pero, no me, no me quedé… me quedé mirando las redes. Tu sabes que lo suben de una vez cuando una gente cae preso. Oh, fulano de tal cayó preso por esto. No vi que nadie, subieron nada. Y me alejé un poco. Deje de soltarle… ni salí el fin de semana. Paniquiado.

Because they haven't posted it… look, I was kind of panicked because I told you I was afraid. But, I… I didn't stay looking at the internet. You know that they post it as soon as some people are arrested. Oh, so-and-so was arrested for this. I didn't see anyone, they didn't post anything. And I stepped away a little. I stopped letting… I didn't even go out on the weekend. I was in a panic.

**TReal:** [UI] mi hermano. A mi lo que me interesa ya, óyeme… óyeme a mi.

[UI] my brother. What I am interested in now, listen to me… listen to me.

[overlapping]

**CD-1:** No, tranquilo…. Oye...

No, don't worry… Listen…

**TReal:** Óyeme a mi. Los chamaquitos, si están presos ellos van a estar bien ahí. Porque le van a dar comida, no se van a morir, no los van a maltratar. Nada más hay que esperar que ellos salgan para que se aclare la vaina.

Listen to me. The kids, if they are in jail they'll be fine there. Because they are going to give them food, they're not going to die, they won't be mistreated. Just have to wait for them to get out so the thing can get cleared up.

**CD-1:** Ya...

[UI]

**TReal:** Ahora, lo que a mi me interesa es…

Now, what I am interested in is…

**CD-1:** Es los cuartos.

Is the money.

**TReal:** Aclararle *bro*, lo, los cuartos del chamaquito que está atrás de mi. Tu me entiendes.

Clarifying bro, the, the money for the kid that is after me. You understand me.

**CD-1:** Sí, no. Dale… dale…

Yes, no. Give him… give him…

**TReal:** Mira, yo voy al juego diario. Ni al juego puedo yo, yo ir porque él cree que yo me liquidé eso.

Look, I go to the daily game. I can't even go to the game, because he thinks I knocked off that stuff.

13

**CD-1:** Tu sabes que yo no…

You know that I don't…

**TReal:** Entonces, si es de problema, 'manito, no le da problema. Pero como se va quedar [UI]

So, if he is making problems, bro, he won't give you a problem. But how will it be [UI]

[overlapping]

**CD-1:** No… Claro, no, no… él tiene su razón, porque eso es de él.

Of course, no, no… he is right, because that stuff is his.

**TReal:** Él es que está reclamando por lo de él. Tu me entiendes.

He's the one demanding his stuff. You understand me.

[overlapping]

**CD-1:** Eso es de él. Pero yo quiero que tu me...

That is his. But I want you to ….

[overlapping]

**TReal:** Entonces yo no veo, yo no veo ni que tu ni que Anderson [UI]

So I don't see, I don't even see that you or Anderson [UI]

[overlapping]

**CD-1:** No, pero…

No, but…

**TReal:** Yo llamo a Anderson así mismo y Anderson lo que me dice: *Bro*, él me dice, tu, y esto, y esto, y esto. Tu me has enseñado los mensaje y de todo. Y tu lo que le mandas… el número dizque de mexicano [UI]

I call Anderson like that and what Anderson says to me: Bro, he says to me, you, and this, and that, and thas. You showed me the messages and everything. And what you would send him… is the suppposedly a Mexican's number [UI]

[overlapping]

**CD-1:** Ya… pero que fue a él que se la dieron. Pa' que él vea, pa' que le tiren, pa' que él vea que no soy yo que lo está atacando a él. Es a usted y a mi. Porque ustedes… yo… usted me conoció por ti. Entonces yo quiero que ustedes le digan eso a él. Me entiende. Que no es cotorra mía. Eso es lo que yo quiero que tu entiendas. Como fue a él que se la dejaron. Pa' que ellos vean que no, que no, la cotorra no… que eso yo se la estoy dando a él.

Yeah… but they gave it to him. So he could see, so they could call him, so he could see that it isn't me the one who is after him. It you and me. Because you… you met me through you. So I want you to tell him that. You understand me. It's not just me yapping. That's what I want you to understand. How is it that they left it with him. So they can see that, that the yapping is not… that I'm giving that to him.

**TReal:** Pero mira, óyeme que lo quería, yo te llamé porque llamaste, la hora [UI] ya tu sabes, yo no te hubiera jodido con esto, ni nada.

But look, listen to what he wanted, I called you because you called, the time [UI] and you know, I wouldn't have hassled you with this, or anything.

**CD-1:** No… no, no. Tu sabes que…

No… no, no. You know that.

[overlapping]

**TReal:** Ya, si ese proble… si eso no aparece de, de mañana, pasa… de mañana, de hoy a mañana… así sea la mitad de los cuartos de ese chamaquito…

Yeah, if that proble… if it doesn't show up for, for tomorrow, past… tomorrow, between today and tomorrow… even if it is half the kid's money…

**CD-1:** Ya…

Yeah.

**TReal:** Usted se atiene a las consecuencias. Ya después de ahí, yo no se. Me entiende, porque es que…

You take the consequences. After that, I don't know. You understand me, because it's that…

[overlapping]

**CD-1:** … de… no… tu sa… tu sabes que por disparate… Un ejemplo, mira, yo te… Dejame explicar, dejame explicar.

… of… no… you kno… you know that because of craziness…. An example, look, I… let me explain, let me explain.

[overlapping]

**TReal:** Eso disparate 'manito. [UI] disparate.

It's a crazy talk bro. [UI] crazy talk.

**CD-1:** Exactamente. Mira, yo vi… dejame explicarte.

Exactly. Look, I saw… let me explain for you.

[overlapping]

**TReal:** Entonces por disparate uno está tirando la palabra de uno por el suelo. [UI] a mi.

So because of a crazy talk, I'm throwing my word down on the floor. [UI] for me.

[overlapping]

**CD-1:** Exacto. Pero te voy a explicar algo. Te voy a explicar algo. Te voy a explicar algo, mira…

Exactly. But I am going to explain something for you. I'm going to explain something for you. I'm going to explain something to you, look…

[overlapping]

**TReal:** Tu me entiendes porque yo se que disparate… yo tuviera [UI]

You understand me, because I know that crazy talk… I would have [UI]

15

[overlapping]

**CD-1:** Eso no es…pero dejame explicarte, pero dejame explicarte [UI] Mira…

It's not that… but let me explain for you, let me explain to you [UI] Look…

[overlapping]

**TReal:** Yo tuviera los cinco mil quinientos 'chacho se lo doy.

If I had the five thousand five hundred, dude, I'd give it to him.

**CD-1:** … yo se, hasta yo se los doy TReal. Yo se lo había dado yo. Y que me… y que aparezca cuando le de la gana. Yo se lo doy yo. Pero ahora mismo no lo tengo. ¿Me entiende? Pero mira, mira… yo ese negocio de, de uno y medio, de ciento cincuenta mil dólares, todo el mundo was normal. Porque yo no me quedo con lo de nadie. Pero, tu tienes que entender que si la responsabilidad fue él. Si él cogió eso él tiene que buscarlo. Entonces, dejame yo tratar de contactar de una forma, pa' que él baje los cuartos. ¿Tu me entiendes?

… I know, even I would give them to him TReal. I would have given it to him myself. And that I… and that he show up whenever he feels like it. I'll give to him myself. But right now I don't have it. You understand me? But look, look… me that deal for one and a half, for a hundred fifty thousand dollars. Everyone was normal. Because I never keep someone else's stuff. But, you have to understand that if the responsibility was his. If he took that he has to go get it. So let me try to contact him some how, so that he'll bring down the money. You understand me?

**TReal:** Pero si yo lo que digo es, mi amor, mi amor…

But what I am saying love… love…

**CD-1:** Hm-hm.

Hm-hm.

**TReal:** Si usted ve, yo lo que digo es: esas son gente tuya. Eso hace una semana que pasó eso…

If you see, what I am say is: those are your people. This happened a week ago…

**CD-1:** Ajá.

Uh-huh.

**TReal:** Tu estas todos los días contratándolos. Esas son tu gente *bro*.

You are hiring them every day. Those are your people bro.

**CD-1:** No, 'ta todo. Por eso a mi no me gusta joder con nadie. ¿Tu me entiendes? Pero dejame, dejame yo vaina. Si yo lo tuviera los cuartos yo se los había dado hace tiempo. Eso es disparate loco.

No, all set. That's why I don't like to fuck with anyone. You understand me? But let me, let me thingy. If I had the money I would have given it a long time ago. That's crazy talk dude.

**TReal:** *Bro*, yo tuviera los cuartos ni estuviera llamándolo a usted. [UI] 'manito. Porque eso no corre.

Bro, if I had the money I wouldn't even be calling you [UI] bro. Because that doesn't work.

16

[overlapping]

**CD-1:** Pss… yo le había dado de una vez. No, [UI] tu sabes que eso no es pa' llegar que ni nivel *bro*, porque eso no corre. No estamos hablando de cien mil… tu me entiendes. Eso es disparate.

Pss… I would have given it right then. No, [UI] you know that, that isn't to even get to level bro because that doesn't work. We aren't talking about one hundred thousand… you understand me. That's crazy talk.

[overlapping]

**TReal:** Eso no corre no. Eso no corre [UI] ¡mira! ¡Eso es lo que tu quieres llevarle y verte [UI]!

That doesn't work, no. That doesn't work [UI] Look! That's what you want to bring him and see yourself [UI]!

[overlapping]

**CD-1:** No, vale.. ¿Y esos cuartos… y esos cuartos [UI] problema loco.

No, right… and that money… and that money [UI] problem dude.

**TReal:** Mira, pero que está bien. No hay cuartos pero que tu tienes que entender que hay gente que están en el mundo de mal, 'manito, hasta por mil pesos matan al otro. No más por la falta de respeto.

Look, but it's all right. There is no money but you have to understand that there are people into the evil world, bro, just for a thousand pesos they'll kill the other guy. Just for disrespecting.

**CD-1:** Sí TReal, pero [UI]

Yes TReal, but [UI]

[overlapping]

**TReal:** ¿Tu entiendes lo que te digo? Un ejemplo. El chamaquito te dice [UI].

Do you understand what I am telling you? For example. A kid says to you [UI]

[overlapping]

**CD-1:** Te entiendo…. Hm-hm.

Hm-hm.

**TReal:** Ya yo te llamé hoy porque él está desde temprano tirando.

So I called you already today because he's been calling since real early.

**CD-1:** Jodiendo.

Hassling you.

**TReal:** Jodiendo.

Hassling me.

**CD-1:** No, es lo de él. Es lo de él. Es lo de él.

No, it's his.   It's his.   It's his.

**TReal:** Él llama cada vez que puede [UI] me entiende, porque ya el chamaquito está loco encima de mi. Yo lo que voy a hacer ya, si de aquí a mañana no aparece la vaina, se lo voy a poner claro: mire 'manito, usted dió eso, ¿verdad? Yo mandé a los muchachos a hacer esto y esto. Y se perdió la pistola. El dueño de quien re… vaina esa gente es aquí, aquí, aquí.

He calls every time he has a chance [UI] you understand me, because the kid is already on me like crazy. What I'm going to do now, if it doesn't show up between today and tomorrow, I'm going to make it clear for him: look bro, you gave that right? I sent the guys to do this and this. And the pistol was lost. The owner of who… thingy,  those people are here, here, here.

[overlapping]

**CD-1:** Ya.

I see.

**TReal:** Y ya. Y lo voy a mandar pa' donde ti pa' que tu hables con él. Ya después de ahí [UI]

And done. I'm going to send him to you so you can talk to him. Then after that [UI]

**CD-1:** Ya… tu… tu lo pones que yo le explico. Y esperamos al hombre del [UI] porque él dijo que me iba a bajar dos, dos piezas. Dos piezas, él me va a bajar. ¿Tu me entiendes?

Yeah… you… you put him on and I'll explain to him. And we'll wait for the [UI] man because he told me he was going to bring down two, two pieces. He's bringing down two pieces for me. You understand me?

**TReal:** Sí, pero, pero que él esta… óyeme bien. Tu tienes que entender, mira tu me dijiste de que él te iba a dar medio. [UI] lo que dijiste que le ibas a dar a él.

Yes, but, but he's… listen to me good. You have to understand, look you told me that he was going to give you half. [UI] what you said you were going to give to him.

[overlapping]

**CD-1:** No, yo te entiendo, yo entiendo perfectamente. Yo te entiendo. Yo te entiendo. Si tu me dices … si tu me dices a mi, si tu me dices a mi, que yo no te entiendo. Yo te entiendo. Yo te entiendo perfecto.

No, I understand you, I understand perfectly. I understand. I understand. If you tell me… if you tell me, if you tell me that I don't understand. I understand you. I understand you perfect.

[overlapping]

**TReal:** Pero óyeme a mi. Yo lo que quiero que tu entiendas, *bro*, es la falta de respeto. Y que se habla una vaina, y se habla otra 'manito, y el hombre no puede ser así. Y el hombre cuando habla algo tiene que ser firme. Porque la palabra de es que cuenta. Tu me dijiste a mi… óyeme a mi. Tu me dijiste a mi, mira a ver si el recibe medio. Que si yo que.

But listen to me. What I want you to understand bro is the lack of respect. And that one thing is said, and another one is said bro, and the man can't be like that. And when the man says something it has to be solid. Because it's the word that counts. You told me… listen to me. You told me, look and see if he'll take half. And whatever.

[overlapping]

**CD-1:** Pero, pero...claro que sí pái. Pero que acuérdate, acuérdate… cua… hm… sí….Claro yo se lo iba a dar de lo mío. Yo se lo iba a dar de lo mio. Pero yo se lo iba a dar de lo mio.

But, but… of course dude! But remember, remember… ho… hm… yes… of course I was going to give it to him out of mine. I was going to give it to him from my stuff. But I was going to give it to him from my part.

**TReal:** Pero óyeme a mí. Pero óyeme a mi, óyeme a mi.

But listen to me. But listen to me, listen to me.

18

[overlapping]

**CD-1:** Ajá. ¡Claro! ¡Yo se lo iba a dar de lo mío! ¡Yo se lo iba dar de lo mío!

Uh-huh… Of course! I was going to give it to him from my part! I was going to give it to him from my part!

**TReal:** [UI] hablo yo con el chamaquito.

[UI] I'll talk to the kid.

**CD-1:** Hm-hm.

Hm-hm.

**TReal:** [UI] dice el chamaquito: que yo lo que quiero es mi cuarto. Le digo a Anderson: Anderson como no hay cuarto y el loco quiere resolver con medio. Hable con el chamaquito…

[UI] says the kid: what I want is my money. I tell Anderson:  Anderson since there is no money and the dude wants to resolve with half. Talk to the kid...

**CD-1:** A ver si lo coge.

To see if he'll take it.

**TReal:** Me entiende. Póngalo claro. Dígale que al tipo ese que se quedó con la toli de todita. Y quiere del medio, ese tipo yo lo conocí por usted.

You understand me. Make it clear. Tell him that the guy that kept the 'stol the whole thing. And he wants half, I met that guy through you.

**CD-1:** Hm-hm.

Hm-hm.

**TReal:** Porque por Anderson fue que yo te conocí a ti, me entiende.

Because it was through Anderson that I met you, you understand me.

**CD-1:** Sí.

Yes.

**TReal:** Dígale que yo lo conocí por usted y que usted se va ser responsable.

Tell him that I met him through you and you will be responsible.

**CD-1:** Yeah.

Yeah.

**TReal:** Anderson 'ta todo. Él no quería coger medio ni nada. Anderson lo convence pa' coger medio. Todavía 'manito está esperando el medio. Hoy me llamó ese tipo que, que es lo que… que salga que él está afuera de mi casa, que vamos a hablar yo y él en persona.

Anderson all set. He didn't want to take half or nothing. Anderson convinces him to take half. Bro, he's still waiting for half. Today that guy called me that what's up… that I should come out, because he was outside of my house, and that me and him are going to talk in person.

19

**CD-1:** Yeah.                                    Yeah.

**TReal:** Entonces yo soy un hombre 'manito, que me    So I'm a man bro, that I know myself, that
conozco, que vienen con una falta de respeto,    they come with no respect or whatever, they
o lo que sea, me viene a hablar duro, le voy a    talk to me hard, I'm going to punch him in
meter un bofetón de ahí mismo.    the face right there.

**CD-1:** Yeah.                                    Yeah.

**TReal:** Por algo que no tengo razón, ¿tu me entiendes    For something that I have no reason. You
lo que te digo?    understand what I'm telling you?

                        [overlapping]

**CD-1:** No, no, no… Sí, no, él tiene la razón porque    Yes, no, he's right because they're his, but…
son de él, pero….

**TReal:** Entonces *bro*, si usted, usted haga lo que sea    So bro, if you, you do whatever it takes bro.
*bro*. Que si yo tengo que conseguir mil pesos    If I have to get a hold of a thousand pesos
y usted mil, pa' aguantarlo con dos mil pesos    and you a thousand, to hold him there with
ahí. Hasta mañana, o hasta que esa gente    two thousand pesos. Until tomorrow or until
resuelva, vamos a hacer eso.    those people resolve, we are going to do
                        that.

**CD-1:** Ya….no, esta todo.                     Yeah, no, all set.

**TReal:** Porque el tipo está desesperado por lo de él, y    Because the guy is desperate for his part and
él no había problema [UI]    he didn't have problem [UI]
                        [overlapping]

**CD-1:** No, yo entiendo, pero, yo quiero… yo quiero    No, I understand, but, I want… I want you
que tu entiendas, yo quiero… yo te entiendo a    to understand, I want… I understand you
ti perfecto. Pero acuérdate An… acuerde te    perfect. But remember An… remember
TReal, verdad, que el negocio se fue… 'ta    Treal, honestly, that the deal was… all right,
bien, fue por, por vía mía. Pero que en ningún    it was through me. But at no time did I say,
momento yo dije, suéltese sin los cuartos. ¿Ya    let go without the money. Are you
tu me estas entendiendo?    understanding me now?

[overlapping]

**TReal:** 'Ta bien… [UI] pero que óyeme a mi. Es que… *bro*… yo lo que...yo lo que…

All right… [UI] but listen to me. It's that… bro… what I… what I…

[overlapping]

**CD-1:** Eso es lo que yo quiero… pero… no se si tu, no se si tu me entiendes a mi. No se si tu me entiendes.

That's what I want… but… I don't know if you, I don't know if you understand me. I don't know if you understand me.

**TReal:** Yo te entiendo. Mira, yo te entiendo. Yo te entiendo[UI] yo te entiendo.

I understand you. Look, I understand you. I understand you [UI] I understand you.

**CD-1:** Es lo que te digo.

It's what I'm telling you.

**TReal:** Yo te entiendo. Óyeme a mi, yo te entiendo.

I understand you. Listen to me, I understand you.

**CD-1:** Pero ya vamos a resolver eso. A resolver que eso es lo que…

But we are going to resolve that now. To resolve, because that's what…

**TReal:** Pero óyeme, yo te entiendo, yo te entiendo. Pero oye, entiéndeme a mi. Tu estas hablando una vaina de loco, loco. Como si uno sea una mujercita, como soy hombre.

But listen to me, I understand you, I understand you, but listen, understand me. You are talking about a crazy thing, crazy. Like if I was a little woman, since I'm a man.

**CD-1:** No vale. Y quien dijo usted su mujercitas [UI]

No then. And who said you you're a little women [UI]

**TReal:** Óyeme a mi, óyeme a mi ahora. Óyeme a mi. Tu me estas diciendo a mi dizque que, que tu nunca le dijiste como que la soltaran. Vamos a poner...

Listen to me, listen to me now. Listen to me. You are telling me that supposedly that, that you never told him like, to let them go. Let's say…

**CD-1:** Tres armas. ¡No viejo!

Three weapons. No man!

**TReal:** 'Ta bien. Óyeme a mi ahora. El día antes que ellos estaban hablando en el hotel, ¿tu estabas ahí?

All right. Listen to me now. The day before they were talking at the hotel. Were you there?

21

**CD-1:** Sí, claro.

Yes, of course.

**TReal:** Tu estabas ahí, ¿verdad?

You were there, right?

**CD-1:** Claro.

Of course.

**TReal:** ¿Que se habló, que si necesitaba tres pistolas más?

What was talked about, if he needed three more pistols?

**CD-1:** Sí. Como tres, pa' tres gentes.

Yes. Like three, for three people.

**TReal:** ¿Y que dijo el mexicano?

And what did the Mexican say?

**CD-1:** Que él se lo iba a comprar.

That he was going to buy them from him.

**TReal:** Que la consiga, ¿verdad?

To get them, right?

**CD-1:** Él las iba a comprar.

He was going to buy them.

**TReal:** El chamaquito desde que llegó pa' atrás pa' Lawrence, eso fue lo único que se puso a averiguar. Las pistolas, así.

The kid, ever since he came back to Lawrence, that was the only thing he was asking about. The pistols, like that.

**CD-1:** Yeah.

Yeah.

**TReal:** El mexicano, 'manito, yo andando con el chamaquito, le dijo al chamaquito, al que se desapareció, le dijo: traiga las tres pistolas mañana que yo le voy a tener el dinero *ready.*

The Mexican, bro, me being with the kid, he told the kid, the one that disappeared, he told him: bring the three pistols tomorrow because I'll have the money ready.

**CD-1:** Ya, ahí es que está el lio.

I see, that's where the problem is.

**TReal:** Cuando lle… es que ahí no es que está el mismo… el lio 'manito.

When… that's not where the same… the problem is bro.

**CD-1:** No, no, no. El… la inconveniencia porque no se lo dio ese día.

No, no, no. The… the inconvenience because he didn't give it to him that day.

[overlapping]

**TReal:** El mismo chamaquito que… el mismo chamaquito que iba a vender la pistola fue que los llevó a ellos 'manito.

The same kid that… the same kid that was going to sell the pistol was the one who brought them to them bro.

**CD-1:** Ya.

I see.

**TReal:** Allá a donde los mexicanos.

Over to where the Mexicans were.

**CD-1:** Okey.

Okay.

**TReal:** ¿Oíste? Y al chamaquito que iba a vender las pistolas, de los [UI], le desaparecían ellos y los mexicanos se quedaron con las pistolas. ¿Tu entiendes lo que te digo?

You hear? And the kid that was going to sell the pistol, of the [UI] they disappeared and the Mexicans kept the pistols. You understand what I'm telling you?

**CD-1:** Sí.

Yes.

**TReal:** Porque si él los llevo, porque el chamaquito se va desaparecer.

Because if he brought them, why would the kid disappear.

**CD-1:** Así, yep.

That's it, yep.

**TReal:** Porque los dos chama… entonces sin pistola y sin cuartos.

Because the two kids… so no pistol and no money.

23

**CD-1:** Y sin cuartos.

And no money.

**TReal:** Porque si le dan la pistola. Porque viene el chamaquito dice: ah, no, se liquidaron esto. O que es lo que… o…

Why if they give him the pistol. Why does the kid say: oh, no, they knocked it off. Or what is it that… or…

**CD-1:** No, por lo menos.. ellos...por lo menos se quedan con la pistola.

No, at least… they… at least they kept the pistol.

**TReal:** O sea… digo yo, no, digo yo. A lo que él llegó, el chamaquito ese, que yo te presenté, digo yo.

So… I'm just saying, no, just saying. When he got there, that kid, that I introduced to you, I'm just saying.

**CD-1:** Ajá.

Uh-huh.

**TReal:** El chamaquito me dio la pistola, cualquier vaina, hubiera dicho: no, se liquidó con eso.

The kid gave me the pistol, anything, he would have said: no, it was knocked it off with that.

**CD-1:** [UI]

[UI]

**TReal:** Pero en lo que está *brother*, los mexicanos y por ti, él conoció a esa gente.

But where it's at brother, the Mexicans and through you, he met those people.

**CD-1:** Por mi.

Through me.

**TReal:** Ya yo lo que le voy a dar es: ah no, mire es CD-1 en la Washington para allí. La barbería de él es eso. Son chamaquitos que llegan y te van a desbaratar la barbería, [UI] haciendo abejón por abejón. Te lo van a llevar, te van a… vidrios y de todo.

What I'm going to give is: oh no, look it's CD-1 on Washington over there. His barber shop is that. These are kids that will come and tear the barber shop apart. [UI] doing buzz by buzz. They'll bring it to you, they'll… windows and everything.

**CD-1:** Hombre…a mi me dice… a mi me dice…

Man… he tells me… he tells me…

**TReal:** Que me entiende, va, va ser un problema atrás [UI]

That you understand me, it's, it's going to be a problem after [UI]

24

[overlapping]

**CD-1:** ¿Por cinco mil pesos? ¿Por cinco mil pesos? Coño.

For five thousand pesos? For five thousand pesos? Fuck.

**TReal:** Bueno, lo hace hasta por quinientos 'manito. Son chamaquitos de la calle. Es lo que te digo. Si tu me ves rápido llamándote a ti, es por algo.

Well, they'll even do it for five hundred bro. They are street kids. That's what I'm telling you. If you see me calling you fast, it's because of something.

**CD-1:** Yeah.

Yeah.

**TReal:** Porque cuantas veces yo te… no tengo que… no te jodo ni nada.

Because how many times have I… I don't have to… I don't hassle you or anything.

**CD-1:** No, no. Tu no estas….

No, no. You're not…

**TReal:** Yo no te jodo compai, ni nada. Él lo que me tira es para la pistola y yo lo que le digo a él, tirale a Pitbull, o tirale a fulano.

I don't hassle you dude, or anything. What he is calling me about is for the pistol and I tell him, call Pitbull or call so-and-so.

**CD-1:** Ya.

I see.

**TReal:** Porque ellos eran que estaba ahí. ¿Me entiende? Entonces ya… ya yo veo que él me dice… hoy me llamó. Uuuu…pero mire usted está computado con la otra gente porque a Pitbull le tira al lado mío y esa gente lo que le dan es cuentos. Mis pistolas que… ahora las pistolas se las tengo que pagar yo. ¿Yo de a donde yo las voy a pagar?

Because they were the ones that were there. You understand me. So now… now I see that he tells me… he called me today. Uuuuu…but look you are computing with other people because Pitbull calls him next to me and those people just give him lies. My pistols that… now I have to pay for the pistols. Where am I going to pay them from?

**CD-1:** Hm-hm.

Hm-hm.

**TReal:** Entonces por eso es que estoy rápido loco. Porque yo te veo a ti como muy calmante, muy bien [UI] ahí.

So that is why I am stressing dude. Because I see you look like very calm, very good [UI] there.

**CD-1:** No, no, no, no, viejo. Esperáte, tu sabes como yo….

[overlapping]

No, no, no, no, man. Wait, you know how I…

**TReal:** Cuando hay tres tipos en el aire. Eso que hace cinco mil quinientos pesos.

[overlapping]

Where there are three guys in the air. That's what five thousand pesos does.

**CD-1:** Ya, no como, como yo… yo te entiendo porque yo confío en ellos y yo se que ellos me van a bajar la pata. Yo se que tu, tu te pones rápido. Tu me entiendes, lo hay que buscar es una solución. Tranquilo que yo lo voy a… yo lo voy a llamar ahora *heavy*. Le voy a explicar *heavy*.

I see, no since, since I… I understand because I trust them and I know that they are going to put the foot down for me. I know that you, you get stressed. You understand me, what has to be found is a solution. Take it easy because I'm going to… I'm going to call him heavy. I'll explain to him heavy.

**TReal:** Llamame de una vez *bro*, pa' darle respuesta a este tipo.

Call me right after bro, so I can give an answer to this guy.

**CD-1:** 'Ta… 'ta todo. Dame, dame, dame como hasta las siete, oíste.

All… all set. Give me, give me, give me until about seven, you hear.

**TReal:** Aguantarlo *bro*. Pa' aguantarlo 'manito. Mira [UI]

Hold him, bro. To hold him bro. Look [UI]

**CD-1:** Ya, dame, dame, como las siete, oíste.

Yeah, give me, give me, like at seven, you hear.

**TReal:** Le [UI] al chamaquito así mismo a las siete *bro*.

I'll [UI] the kid the same, at seven bro.

**CD-1:** Dame a las siete. Si a las siete...

Give me till seven. If at seven…

**TReal:** Si [UI] si tu quieres o yo [UI] que baja pa' Lawrence pa' que tu te juntes con él, 'manito.

[overlapping]

If [UI] if you want or I [UI] to come down to Lawrence so you can get together with him bro.

**CD-1:** ¡Ah! ¡Pues está todo nítido! 'Ta todo.

Ah! Well it's all clear! All set.

26

**TReal:** Pero que no me diga que 'ta todo, y después ahorita me salga con otra vaina, digo.

But don't tell me that it's all set then after, later you come up with something else, just saying.

[overlapping]

**CD-1:** No, si no… si no puedo bajar, si no puedo bajar, porque tengo que llevar una, una silla y una vaina que tengo en la gua-gua. Yo te voy a llamar a las siete.

No, if not… if I can't come down, if I can't come down, because I have to take a, a chair and a thing that I have in my car. I'll call you at seven.

**TReal:** Por eso mismo, entonce a las siete. Que tu vas a hacer. Va bajar, va buscar los cuartos, que pasaba, que le puedo decir al chamaquito.

That's what I mean, so at seven. What are you going to do? Come down, pick up the money, what was happening, what I can tell the kid.

**CD-1:** Lo voy a llamar al mexicano ahora mismo. Pa' irlo a buscar.

I'll call the Mexican right now. To go pick him up.

**TReal:** Dale, me llama. Llamame antes de las siete. Antes de yo hablar con un, un [UI] entonces.

Do it, call me. Call me before seven. Before I talk to a, a [UI] then.

**CD-1:** 'Ta *heavy*.

It's heavy.

**Recording Ends 00:18:19**

27