# EXHIBIT 2

**TRANSCRIPTION AND TRANSLATION**

**Date: 11.12.25     Duration: 00:02:47**

**Key :**

[UI] : unintelligible

[ph]: phonetic spelling                                    **UM:**   Unkown male

[overlap]: parties speaking at the same time

*Italics*: spoken in English

================================================================

1  **CD-1:**  ...con el hombre, que le da hasta el viernes que si es posible que le de hasta el viernes, que le haga ese favor. Yo se que están atacados, que le den hasta el viernes. Ya mañana es jueves, ya un día más, dime tu.

… with the man to give him till Friday if that's possible give him until Friday, do him that favor. I know they are upset, give him until Friday. Tomorrow is Thursday already and where does he call, you tell me.

2  **TReal:** Pero digo yo, pa' que hasta el viernes. ¿Pa' que?

But, just saying, why until Friday. What for_

3  **CD-1:**  Oh, pa' que él reuna los cuartos, pa' traerlos, pa' traérmelos. Pa' entregártelo.

Oh, so that the guy with the money, brings it, brings it to me. To give it to you.

4  **UM:**  [UI] falta mucho [UI] tu estas…

[UI] is it any longer [UI] you are…

5  **CD-1:**  Que le haga ese favor ya. Dime tu.

If he can do him that favor. You tell me.

6  **UM:**  Los cuartos estaban supuestos a estar ahí….

The money was supposed to be there…

7  **TReal**: Oye y el dueño de la vaina...

Listen and the owner of the thing…

8  **UM:**  ...hace la transacción, entonces que…

… does the transaction, so what…

9  **CD-1:**  No, esa es la pregunta que yo me hago. Que porqué yo… verdad… un ejemplo. Si ellos no le ven… si ellos no ven el dinero, porqué se la dejaron. Eso es lo que yo le explico a él. Al TReal mismo le digo. Que porqué ellos dejaron eso… porque ellos dejaron eso sin dinero. Esa es al pregunta que yo me hago. Porque ni a mi… que… oye yo le compré un saqueta y a mi nadie, dizque: oh, dame y págamela mañana. [UI] No eso es cuartos en mano.

No, that's what I'm asking myself. Why I… honestly… an example. If they do see it… if they don't see the money, why did they leave it with him. That's what I'm explaining to him. I'll tell Treal himself. Why did they leave that… why did they leave it without the money. That is the question I ask myself. Because not even for me… so… listen, I bought a bag of stuff from him and nobody say to me, supposedly: oh, give it and pay me tomorrow. [UI] No, it's done with money in hand.

1

| | | | |
|---|---|---|---|
| 1 | **TReal:** | [UI] que hago también [UI] yo estoy aquí con el dueño de eso [UI] | [UI] that I also [UI] I'm here with the owner of that [UI] |
| 2 | **CD-1:** | [overlap] Ya, no, tu le dices que disculpa el inconveniente, que me de hasta el viernes, ya el viernes seguro, ya. | [overlap] Yeah, no, you tell him that I apologize for the inconvenience, that he give me until Friday, on Friday for sure, now. |
| 3 | **TReal:** | [UI] seguro el viernes. | [UI] for sure on Friday. |
| 4 | **CD-1:** | Ya el viernes seguro, ya. Nítido. O sea que se le van cosas de la mano. Si había sido pa' mi… si había sido mía, hace tiempo yo había resuelto ya. Tu me entiendes | Yeah, for sure on Friday. All clear. I mean that [UI] if it had been for me… if it had been mine, I would have resolved this a long time ago. You understand me. |
| | | [car type beeping sound] | |
| 5 | **UM:** | [UI] [overlap] …en verdad. Esta vaina es rara verdad. | [UI][overlap]… honestly. This is really strange. |
| 6 | **CD-1:** | Es lo que te digo. Porque ellos la dejaron. Eso es lo que yo no me explico. Porque ni a mi me la dejan, y, y, ellos me conocen más a mi, que a él. 'Tonces porque él se la deja, y a mi no. Fiada. Tu me entiendes. | That's what I'm saying. Why did they leave it. That's why I don't understand. Because the don't even leave it for me, and, and they know me better than him. So why did they leave it for him and not me. On credit. You understand me. |
| 7 | **UM:** | Yo lo que quiero es mi cuarto ya resuelto [UI] | What I want is my money to be paid already [UI] |
| 8 | **CD-1:** | [overlap] No, ya… el viernes ya. Eso es. | [overlap] No, yeah… Friday already. That's it. |
| 9 | **UM:** | [UI] Ñoño, en verdad. Yo lo corro...voy a amarrar. [UI] [laughing] | [UI] Ñoño, honestly. I'll run him… I'm going to tie up [UI] [laughing] |
| | | [men laughing] [UI] | |
| 10 | **CD-1:** | No, ustedes, ustedes son uno de… | No, you guys, you guys are one of the… |

2

[men talking over each other]

| | | | |
|---|---|---|---|
| 1 | **CD-1:** | No, en verdad. Mala mía. Tu sabes eso no es, eso no... | No, honestly. My bad. You know that it's not, that's not… |
| 2 | **UM:** | [overlap] [UI] | [overlap][UI] |
| 3 | **CD-1:** | No… eso no… | No… that's not… |
| 4 | **UM:** | [overlap] [UI] | [overlap][UI] |
| 5 | **CD-1:** | … eso mala… ese no es mala de él. Eso es mala mía. ¿Me entiende? | … that bad… that's not his bad. That's my bad. You understand me? |
| 6 | **UM:** | [laughing] [UI] | [laughing][UI] |
| 7 | **CD-1:** | No. Yo, yo estoy todo. Yo estoy de acuerdo [UI] | No. I'm, I'm all in. I agree [UI] |
| 8 | **UM:** | Entonces él ahora tranquilo que cualquier vaina yo lo llevo allá [laughing] | So he's calmed down, if anything I'll bring him there [laughing] |
| 9 | **CD-1:** | No...yo...a mi me van a dar hasta galletas y golpes. Yo: ¡mierda! Por.. por… por cinco mil pesos, mira. | No… I… I'm even going to get slapped and beat. Me: Shit! For, for… for five thousand pesos, really. |
| 10 | **UM:** | [overlap] [UI] si está la vaina 'manito. Entonces yo estoy quillao porque mis cuartos están ahí. | [overlap][UI] if the thing is there, bro. So I'm pissed because my money is there. |
| 11 | **CD-1:** | No, yo se. Eso no está perdido. | No, I know. It's not lost. |

3

| | | | |
|---|---|---|---|
| 1 | **UM:** | Que hago. Y van a hacer…. ¡Coño! [overlap men talking] [UI] Mira a ver Ñoño, háblate con ese hombre *bro*. | What should I do. And they going to… Fuck! [UI] Look Ñoño talk to that man, bro. |
| 3 | **CD-1:** | Por cinco mil pesos van a… me van a matar ustedes. ¿'Tan burlados? Yo valgo, yo valgo más de ahí. | For five thousand pesos you'er going… you're going to kill me? Are you kidding? I'm worth, I'm worth more than that. |

**Recording Ends 00:02:47**

4